Argued May 21, affirmed June 14, 1976

STATE OF OREGON, *Respondent,*
*v.*
CHARLES A. M. GRANT, *Appellant.*
(No. 75-0536, CA 5489)
550 P2d 444

*Kenneth A. Morrow* argued the cause for appellant.

*James A. Hill, Jr.* argued the cause for respondent.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

Affirmed. See, *State v. Robinson,* 25 Or App 675, 550 P2d 758 (1976).